IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 04-0543-02-GK |
| | ) |
| ROBBIE L. COLWELL, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO UNSEAL
PRE-SENTENCE INVESTIGATION REPORTS IN RELATED CASES**

COMES NOW Defendant, Robbie L. Colwell, by and through undersigned counsel, and hereby moves for the entry of an Order unsealing the Pre-Sentence Investigation Reports in related cases for the reasons stated below.

1. The defendant, Robbie L. Colwell has appealed the sentence imposed by the District Court on January 8, 2007. Undersigned counsel, Allen H. Orenberg, is appointed by the United States Circuit Court for the District of Columbia to represent the defendant/appellant in his appeal. (Appeal No. 07-3009)

2. Undersigned counsel is presently preparing a first draft of the appellant's brief. In order to fully and properly research potential issues to be raised on appeal, counsel must examine (and, if necessary, include in the joint appendix for the defendant's appeal) the Pre-sentence Investigation Reports in the following related cases lodged in this Court:

| | | |
|---|---|---|
| 04-464-GK | - | U.S. v. Alan R. Davis |
| 04-487-GK | - | U.S. v. Marcus T. Wiseman |
| 04-488-GK | - | U.S. v. Vickie A. Robinson |
| 04-503-GK | - | U.S. v. Susan M. Connor |
| 05-377-RWR | - | U.S. v. Daniel Crosby |

WHEREFORE, for the foregoing reasons stated herein, and for such other reasons that may appear just and proper, Appellant Robbie L. Colwell respectfully requests the entry of an Order unsealing the Pre-Sentence Investigation Reports in related cases for the reasons stated herein.

Respectfully submitted,

*/s/ Allen H. Orenberg*

Allen H. Orenberg  (D.C. Bar 395519)
The Orenberg Law Firm, P.C.
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852
Tel. No. 301-984-8005
Fax No. 301-468-0215
aorenberg@orenberglaw.com

Counsel for appellant Robbie L. Colwell
(Appointed by the Court)

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2007, a copy of the foregoing Defendant's Motion To Unseal Pre-Sentence Investigation Reports In Related Cases, along with a proposed order, was served by postage pre-paid first class mail to:

AUSA Virginia Cheatham
United States Attorney's Office
555 Fourth Street, N.W., 5th Floor
Washington, D.C. 20530

Gary M. Sidell, Esq.
1101 Connecticut Avenue N.W.
Suite 1000
Washington, D.C. 20036
Attorney for Alan R. Davis (04-464-GK)

Peter R. Maignan, Esq.
5000 Sunnyside Avenue, Suite 201
Beltsville, Maryland 20705
Attorney for Marcus T. Wiseman (04-487-GK)

Steven C. Tabackman, Esq.
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20006
Attorney for Vickie A. Robinson (04-488-GK)

William C. Brennan, Esq.
6305 Ivy Lane
Suite 700
Greenbelt, Maryland 20770
Attorney for Susan M. Connor (04-503-GK)

Curtis Boykin, Esq.
1850 M Street, N.W.
Suite 640
Washington, D.C. 20036
Attorney for Daniel T. Crosby (05-377-RWR)

_____
Allen H. Orenberg

3

IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 04-0543-02-GK |
| | ) |
| ROBBIE L. COLWELL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the motion filed by the defendant to unseal certain Pre-Sentence Investigation Reports in related cases, so that his attorney, Allen H. Orenberg, may examine same and, if necessary, include same, in the joint appendix in the defendant/appellant's appeal in the U.S. Circuit Court for the District of Columbia, (No. 07-3009), and for good cause shown, it is hereby this _____ day of _____, 2007, ORDERED, the motion is GRANTED.

The Clerk of Court, and/or the United States Probation Office, and/or the attorneys for the defendants listed below, are hereby authorized to release the requested Pre-Sentence Investigation Reports to attorney Allen H. Orenberg.

SO ORDERED.

_____
Judge, U.S. District Court for the District
of Columbia

Copies to:

1

Allen H. Orenberg, Esq.
The Orenberg Law Firm, P.C.
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852
Attorney for Robbie L. Colwell

U.S. Probation Office
333 Constitution Avenue, N.W.
2nd Floor
Washington, D.C. 20001

AUSA Virginia Cheatham
United States Attorney's Office
555 Fourth Street, N.W., 5th Floor
Washington, D.C. 20530

Gary M. Sidell, Esq.
1101 Connecticut Avenue N.W.
Suite 1000
Washington, D.C. 20036
Attorney for Alan R. Davis (04-464-GK)

Peter R. Maignan, Esq.
5000 Sunnyside Avenue, Suite 201
Beltsville, Maryland 20705
Attorney for Marcus T. Wiseman (04-487-GK)

Steven C. Tabackman, Esq.
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20006
Attorney for Vickie A. Robinson (04-488-GK)

William C. Brennan, Esq.
6305 Ivy Lane
Suite 700
Greenbelt, Maryland 20770
Attorney for Susan M. Connor (04-503-GK)

Curtis Boykin, Esq.
1850 M Street, N.W.
Suite 640
Washington, D.C. 20036
Attorney for Daniel T. Crosby (05-377-RWR)