UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

     V.      :

ROBBIE L. COLWELL      :

*ALAN R. DAVIS,*
*Petitioner*

     :

     :

**MISC. No. 07-325-GK**
Criminal No. 04-543 (GK)

**FILED**

AUG 2 8 2007

O R D E R

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Based upon the motion of defendant Robbie L. Colwell to unseal the Pre-Sentence

Investigation Report for Alan R. Davis, the opposition submitted by Alan R. Davis, and the entire

record of this proceeding, it is this _28th_ day of __August__, 2007, hereby

ORDERED, that the motion to unseal the Pre-Sentence Investigation Report for Alan R.

Davis is DENIED, for the reasons included in Alan R. Davis's Opposition which are expressly

adopted here.

GLADYS KESSLER, Judge
United States District Court for the District of
Columbia

Gary M. Sidell, Esq.
Attorney for Alan R. Davis
suitcasc@crols.com

Sherry Berthrong, Esq.
Assistant United States Attorney
sherry.berthrong@usdoj.gov

Allen H. Orenberg, Esq.
Attorney for Robbie L. Colwell
Aorenberg@orenberglaw.com