IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | Crim. No. 04-0543-GK |
| ) | Misc. No. 07-325-GK |
| ROBBIE L. COLWELL, ) | |
| ) | |
| Defendant.   ) | |

### NOTICE OF APPEAL

COMES NOW Defendant, Robbie L. Colwell, by and through undersigned counsel, and hereby notes his appeal of the following two Orders of this Court, issued by the Honorable Gladys Kessler:

1. Order dated August 23, 2007, denying Defendant Colwell's Motion to Unseal the Pre-Sentence Investigation Report as to Daniel Crosby. (Crim. No. 04-543-GK); and

2. Order dated August 27, 2007, denying Defendant Colwell's Motion to Unseal the Pre-Sentence Investigation Report as to Alan R. Davis. (Crim. No. 04-543-GK & Misc. No. -7-325-GK).

1

Respectfully submitted,

*/s/ Allen H. Orenberg*

Allen H. Orenberg  (D.C. Bar 395519)
The Orenberg Law Firm, P.C.
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852
Tel. No. 301-984-8005
Fax No. 301-468-0215
aorenberg@orenberglaw.com

Counsel for appellant Robbie L. Colwell
(Appointed by the Court)

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2007, a copy of the foregoing Notice of Appeal, was served by either ECF or by postage pre-paid first class mail to:

AUSA Sherri L. Berthong
United States Attorney's Office
Specail Proceedings Division
555 Fourth Street, N.W., Room 10-450
Washington, D.C.  20530

Gary M. Sidell, Esq.
1101 Connecticut Avenue N.W.
Suite 1000
Washington, D.C.  20036
Attorney for Alan R. Davis (Crim. No. 04-464-GK & Misc. No. 07-325-GK)

Peter R. Maignan, Esq.
5000 Sunnyside Avenue, Suite 201
Beltsville, Maryland 20705
Attorney for Marcus T. Wiseman (Crim. No 04-487-GK)

Steven C. Tabackman, Esq.
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20006
Attorney for Vickie A. Robinson (Crim. No. 04-488-GK)

William C. Brennan, Esq.
6305 Ivy Lane
Suite 700
Greenbelt, Maryland 20770
Attorney for Susan M. Connor (Crim. No. 04-503-GK)

Curtis Boykin, Esq.
1850 M Street, N.W.
Suite 640
Washington, D.C. 20036
Attorney for Daniel T. Crosby (Crim. No. 05-377-RWR)

/s/ Allen H. Orenberg
Allen H. Orenberg