IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Misc. No. 07-325-GK |
| ROBBIE L. COLWELL, | ) |
| | ) |
| Defendant. | ) |

### REQUEST TO WITHDRAW NOTICE OF APPEAL

COMES NOW Defendant, Robbie L. Colwell, by and through undersigned counsel, and hereby respectfully requests that he be allowed to withdraw his notice of appeal, as it relates only to document no. 7 (filed on 9/6/07) in the record of this case. The defendant previously (and properly) noted his appeal in this matter: document no. 6 (filed on 9/5/07).

Respectfully submitted,

Allen H. Orenberg  (D.C. Bar 395519)
The Orenberg Law Firm, P.C.
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852
Tel. No. 301-984-8005
Fax No. 301-468-0215
aorenberg@orenberglaw.com

Counsel for Robbie L. Colwell

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2007, a copy of the foregoing Request to Withdraw Notice of Appeal, was served by either ECF or by postage pre-paid first class mail to:

AUSA Sherri L. Berthrong
United States Attorney's Office
Special Proceedings Division
555 Fourth Street, N.W., Room 10-450
Washington, D.C. 20530

Gary M. Sidell, Esq.
1101 Connecticut Avenue N.W.
Suite 1000
Washington, D.C. 20036
Attorney for Alan R. Davis (Crim. No. 04-464-GK & Misc. No. 07-325-GK)

Peter R. Maignan, Esq.
5000 Sunnyside Avenue, Suite 201
Beltsville, Maryland 20705
Attorney for Marcus T. Wiseman (Crim. No 04-487-GK)

Steven C. Tabackman, Esq.
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20006
Attorney for Vickie A. Robinson (Crim. No. 04-488-GK)

William C. Brennan, Esq.
6305 Ivy Lane
Suite 700
Greenbelt, Maryland 20770
Attorney for Susan M. Connor (Crim. No. 04-503-GK)

Curtis Boykin, Esq.
1850 M Street, N.W.
Suite 640
Washington, D.C. 20036
Attorney for Daniel T. Crosby (Crim. No. 05-377-RWR)

Allen H. Orenberg